AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR162 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20870-047 |
| | ) | |
| DAIMAN O. REED | ) | MICHAEL F. MALONEY |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 11/7/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 108 months is reduced to 70 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 108 to 135 months | Amended Guideline Range: | 87 to 108 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☒ Other (explain): Per stipulation by parties, filing no. 32.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated November 7, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 23rd day of April, 2008
Effective Date:   April 23, 2008

s/ Joseph F. Bataillon
Chief United States District Judge